11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Raymond Goldberg

Appellant

Vs.                   No.
11-01-00288-CV B
Appeal from Mitchell County

Linda Sue Myers

Appellee

 

Appellant
has filed in this court a motion to dismiss his appeal.  Appellant states in his motion that he
wishes to abandon his appeal.  The
motion is granted.  TEX.R.APP.P. 42.1.

The
appeal is dismissed.

 

PER CURIAM

December 13,
2001

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.